24051

PEOPLES FEDERAL SAVINGS & LOAN ASSOCIATION, Respondent v. MYRTLE BEACH GOLF & YACHT CLUB, a General Partnership, Myrtle Beach Golf & Yacht Club, Inc., a South Carolina Corporation, MBG & YC II, Inc., f/k/a Peoples Joint Venture Group, Inc., Myrtle Beach Golf & Yacht Club Association, Inc., Teatros Y. Cinemas, S.A., a Panamanian Company, American Community Development Group, Inc., f/k/a Justice Investment Corp., John A. Hinson, Individually and as Trustee of West Coast Pension and Profit Sharing Trust, Sears Roebuck & Co., Universal Resort Travel, Inc., d/b/a A-Port-of-Call Travel Agency, Stan Parker, Ed Hudson, Austin Kelly Advertising, Inc., POA Acquisition Corp., d/b/a Peterson Outdoor Advertising of South Carolina, Custom Glass, Inc., The Parnell-Martin Companies, Inc., Loyola Federal Savings & Loan Association, Equipment Leasing, Division of American Federal Bank, FSB, Chambers of South Carolina, Williams Trucking Co., Inc., Palmetto Turf Farms, Inc., Danny Player, d/b/a Players' Landscaping, Whaley Corp., d/b/a Socastee Hardware Store, Cornelius Toomey, Individually and for the Benefit and On Behalf of All Others Similarly Situated, and Midway Nursery, Inc., Defendants, of whom American Community Development Group, Inc., f/k/a Justice Investment Corp., and John A. Hinson, Individually and as Trustee of West Coast Pension and Profit Sharing Trust are, Petitioners.

(443 S.E. (2d) 807)

Supreme Court

*Dalton B. Floyd, Jr., Floyd & Prevatte*, Surfside Beach, *for petitioners.*

*Michael W. Battle, Lovelace & Battle*, Conway, *for respondent.*

Heard March 16, 1994.

Decided April 25, 1994.

*Per Curiam:*

This case is before the Court on a writ of certiorari to review the Court of Appeals' decision reported at — S.C. —, 425 S.E. (2d) 764 (Ct. App. 1992). We now dismiss the writ as improvidently granted.

Dismissed.